1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
   DisabilityRights@manninglawoffice.com
4

5

6  Attorneys for Plaintiff:
   SUZANNE NA PIER
7

8  Leighton M. Anderson
   **BEWLEY, LASSLEBEN & MILLER, LLP**
9  13215 Penn Street, Suite 510
   Whittier CA 90602
10 Tel: (562) 698-9771 Fax: (562) 309-8113

11

12 Attorneys for Defendant
   JAMES W. MORRISON and DANNY J. HOWELL
13

14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16

17 | SUZANNE NA PIER, an | Case No.: 8:20-cv-01128-DOC-KES |
   | individual, | |
18 | | Hon. David O. Carter |
   | Plaintiff, | |
19 | | **JOINT NOTICE OF SETTLEMENT** |
20 | v. | |
   | | Complaint Filed: June 26, 2020 |
21 | JAMES W. MORRISON and | Trial Date:  None Set |
   | DANNY J. HOWELL, | |
22 | individually and as CO-trustees | |
   | of THE MORRISON FAMILY | |
23 | TRUST DATED MARCH 10, | |
   | 1998; and DOES 2-10, inclusive, | |
24 | | |
25 | | |
   | Defendants. | |
26

27

28        TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

                    JOINT NOTICE OF SETTLEMENT
                                1

1  Plaintiff, SUZANNE NA PIER, and Defendant, JAMES W. MORRISON

2

3  and DANNY J. HOWELL (the "Parties") have reached a settlement in this matter

4  and expect to file a joint stipulation for dismissal of the action pending completion

5  of certain terms of the confidential settlement agreement.

6  Dated: November 6, 2020                      **MANNING LAW, APC**

7

8                                                  By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                         Joseph R. Manning, Jr., Esq.
9                                                        Attorneys for Plaintiff,
10                                                       Anthony Bouyer

11
   Dated: November 6, 2020                      **BEWLEY, LASSLEBEN & MILLER,**
12                                               **LLP**

13                                                 By:   */s/ Leighton M. Anderson*
                                                         Leighton M. Anderson
14                                                       Attorney for Defendant,
15                                                       James  W.  Morrison  and
16                                                       Danny J. Howell

17                          **CERTIFICATE OF SERVICE**
18
         I certify that on November 6, 2020, I electronically filed the foregoing
19
   document with the Clerk of the Court using CM/ECF. I also certify that the
20
   foregoing document is being served this day on counsel of record in this action via
21
   email transmission and via transmission of Electronic Filing generated by
22
   CM/ECF.
23
                                                    Respectfully submitted,
24

25  Dated: November 6, 2020                      **MANNING LAW, APC**

26                                                 By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                                         Joseph R. Manning, Jr., Esq.
27                                                       Attorneys for Plaintiff
28                                                       Suzanne Na Pier

JOINT NOTICE OF SETTLEMENT

2