Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
SUZANNE NA PIER

Leighton M. Anderson (SBN 81464)
**BEWLEY, LASSLEBEN & MILLER, LLP**
13215 Penn Street, Suite 510
Whittier, CA 90602-1797
Telephone: (562) 698-9771  Facsimile: (562) 309-8113
leighton.anderson@bewleylaw.com

Attorneys for defendants: James W. Morrison and
Danny J. Howell, individually and as co-trustees
of the Morrison Family Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES W. MORRISON and DANNY J. HOWELL, individually and as CO-trustees of THE MORRISON FAMILY TRUST DATED MARCH 10, 1998; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01128-DOC-KES<br><br>Hon. David O. Carter<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 26, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SUZANNE NA PIER ("Plaintiff") and JAMES W. MORRISON and DANNY J. HOWELL ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 8, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Suzanne Na Pier

DATED: December 8, 2020

**BEWLEY, LASSLEBEN & MILLER, LLP**

By: /s/ *Leighton M. Anderson*
    Leighton M. Anderson
    Attorneys for Defendant
    James W. Morrison and Danny J. Howell

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 8, 2020    By: /s/ *Joseph R. Manning, Jr.*