JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES W. MORRISON and DANNY J. HOWELL, individually and as CO-trustees of THE MORRISON FAMILY TRUST DATED MARCH 10, 1998; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01128-DOC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE [26]** |

1
ORDER  DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Suzanne Na Pier ("Plaintiff") and James W. Morrison and Danny J. Howell ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. All pending defendants are dismissed.

IT IS SO ORDERED.

DATED: December 8, 2020

*David O. Carter*

UNITED STATES DISTRICT JUDGE